```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09720
    VICTORIA MARBAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3836

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 05/30/2007 and was confirmed 08/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00              .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE         .00              .00            .00
LITTON LOAN SERVICING    CURRENT MORTG         .00              .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE      276.83              .00         276.83
FORD MOTOR CREDIT        SECURED VEHIC         .00              .00            .00
CAPITAL ONE              UNSECURED          260.02              .00         260.02
FORD MOTOR CREDIT        SECURED NOT I     3156.99              .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          858.00              .00         858.00
FORD MOTOR CREDIT        SECURED NOT I     3156.99              .00            .00
FORD MOTOR CREDIT        SECURED NOT I     3859.27              .00            .00
FORD MOTOR CREDIT        SECURED NOT I     4435.22              .00            .00
ECAST SETTLEMENT CORP    UNSECURED          259.02              .00         259.02
ECAST SETTLEMENT CORP    UNSECURED          338.79              .00         338.79
ECAST SETTLEMENT CORP    UNSECURED         1159.95              .00        1159.95
JORGE MARTINEZ           NOTICE ONLY     NOT FILED              .00            .00
PHILIP A IGOE            DEBTOR ATTY      3,274.00                         3,274.00
TOM VAUGHN               TRUSTEE                                             459.81
DEBTOR REFUND            REFUND                                              848.58

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  7,735.00

PRIORITY                                           .00
SECURED                                         276.83
UNSECURED                                     2,875.78
ADMINISTRATIVE                                3,274.00
TRUSTEE COMPENSATION                            459.81
DEBTOR REFUND                                   848.58
                                        ---------------
                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 09720 VICTORIA MARBAN
```

```
TOTALS                              7,735.00              7,735.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```